254 So.2d 617

**Donald A. JACKSON**

**v.**

**The PHOENIX INSURANCE COMPANY.**

No. 51883.

Dec. 2, 1971.

In re: The Phoenix Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 252 So.2d 511.

Writ refused. The showing made is Court of Appeal we find no error of law in the judgment complained of.

■

254 So.2d 618

**Mrs. Evelyn Geoffrey VEST**

**v.**

**Clyde RICHARDSON and State Farm Mutual Automobile Insurance Company.**

No. 51886.

Dec. 2, 1971.

In re: State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 253 So.2d 97.

Application denied: on the record before us we cannot conclude that the result is incorrect.